the appeal of Richard J. Free at No. 19, March Term, 1907, in this court, in which an opinion has this day been filed, post, p. 348, and on the authorities cited and the reasons given in that opinion, the order of the court below is affirmed, and the appeal dismissed, at the costs of the appellant.

---

## Hevner's License.

Argued March 5, 1907.   Appeal, No. 18, March T., 1907, by T. H. Hevner, from order of Q. S. Clinton Co., Jan. T., 1907, No. 39, refusing a liquor license.   Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ.   Affirmed.

OPINION BY MORRISON, J., April 15, 1907:

This appeal raises substantially the same questions raised in the appeal of Richard J. Free at No. 19, March Term, 1907, in this court, in which an opinion has this day been filed, post, p. 348, and on the authorities cited and the reasons given in that opinion, the order of the court below is affirmed, and the appeal dismissed, at the costs of the appellant.

---

## Seasholtz's License.

Argued March 5, 1907.   Appeal, No. 20, March T., 1907, by Charles W. Seasholtz, from order of Q. S. Clinton Co., Jan. T. 1907, No. 62, refusing a liquor license.   Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ.   Affirmed.

OPINION BY MORRISON, J., April 15, 1907 :

This appeal raises substantially the same questions raised in the appeal of Richard J. Free at No. 19, March Term, 1907,

in this court, in which an opinion has this day been filed, post, p. 348, and on the authorities cited and the reasons given in that opinion, the order of the court below is affirmed, and the appeal dismissed, at the costs of the appellant.

## Crawford's License.

*Liquor law—Petition for license—Time of filing—Act of May* 13, *1887, P. L.* 108.

The requirement of the Act of May 13, 1887, P. L. 108, that every application for a liquor license shall be filed three weeks before the first day of the session at which the same is to be heard is mandatory; and the court has no authority to grant a license where the application has been on file for only nineteen days before the first day of the session.

Argued March 5, 1907. Appeal, No. 21, March T., 1907, by L. E. Geary et al., from order of Q. S. Clinton Co., Jan. Term, 1907, No. 76, granting a liquor license In re Application of J. A. Crawford for a retail liquor license. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY, HEAD and BEAVER, JJ. Reversed.

Petition for a retail liquor license. Before GREEN, P. J. The opinion of the Superior Court states the case.

*Errors assigned* was order of the court granting a license.

*W. C. Kress*, for appellant.—The provisions of the third section of the act of May 13, 1887, providing for the adoption of rules by the court, are mandatory, and the rules adopted in pursuance thereof are as binding on the court as the provisions of the act itself: Kahrer's License, 12 Pa. C. C. Rep. 12; Keiper's License, 21 Pa. Superior Ct. 512.

*George A. Brown*, for appellee.

OPINION BY MORRISON, J., April 15, 1907 :
By rule or standing order of the court, in pursuance of the